# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | | |
|---|---|---|
| **In the matter of:** | ) | |
| **TORRILLO'S STUCCO, LLC,** | ) | CHAPTER 7 |
| | ) | CASE NO. 20-20219-MJK |
| Debtor(s), | ) | |
| | ) | |
| **R. MICHAEL SOUTHER, TRUSTEE,** | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| **PNC BANK, MERCHANT ADVANCE, LLC and EDWARD F. GUIDA, JR., Marshall, City of New York,** | ) ) ) | ADVERSARY PROCEEDING NO. 20-02009-MJK |
| Defendant(s). | ) | |

## APPLICATION FOR CLERK'S ENTRY OF DEFAULT

COMES NOW, R. Michael Souther, Trustee, Plaintiff in the above-styled adversary proceeding, and, pursuant to B.R. 7055, moves the Clerk to enter a default as to the Defendants PNC Bank, Merchant Advance, LLC, and Edward F. Guida, Jr., Marshall, City of New York. In support of this request, the Affidavit of R. Michael Souther, counsel for Plaintiff, is attached hereto as Exhibit "A" and incorporated herein by reference.

Dated this August 11, 2020.

/s/ R. Michael Souther
R. Michael Souther
Attorney for Plaintiff

P.O. Box 978
Brunswick, GA 31521-0978
Telephone: (912) 265-5544
Georgia State Bar No. 668325
msouther@mikesoutherlaw.com

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | | |
|---|---|---|
| **In the matter of:** | ) | |
| **TORRILLO'S STUCCO, LLC,** | ) | CHAPTER 7 |
| | ) | CASE NO. 20-20219-MJK |
| Debtor(s), | ) | |
| | ) | |
| **R. MICHAEL SOUTHER, TRUSTEE,** | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| **PNC BANK, MERCHANT ADVANCE,** | ) | ADVERSARY PROCEEDING |
| **LLC and EDWARD F. GUIDA, JR.,** | ) | NO. 20-02009-MJK |
| **Marshall, City of New York,** | | |
| Defendant(s). | ) | |

## AFFIDAVIT OF R. MICHAEL SOUTHER
## IN SUPPORT OF APPLICATION FOR ENTRY OF CLERK'S DEFAULT

Personally appeared before the undersigned officer duly authorized to administer oaths, R. MICHAEL SOUTHER, who, after being duly sworn, does hereby depose and state under oath as follows:

1.

I am attorney of record for the Plaintiff in the above-referenced adversary proceeding and am authorized to make this affidavit.

2.

A Summons in Adversary Proceeding was issued by this Court on July 7, 2020, requiring that a motion or answer to the Plaintiff's Complaint be filed by the Defendant within thirty (30) days after the date of issuance of said Summons.

3.

A copy of the Summons, Notice, Rule 26(f) Report, and Complaint was mailed to the Defendant by certified mail on July 7, 2020, with proper postage affixed, and addressed as follows:

| | | |
|---|---|---|
| PNC Bank, NA | Merchant Advance, LLC | Edward F. Guida, Jr. |
| Attn: Managing Agent | Attn: Managing Agent | Marshall, City of NY |
| 4100 W 150th Street | 1621 Central Ave. | 47-26 104th Street |
| Cleveland, OH 44135 | Cheyenne, WY 82001 | Corona, NY 11368 |
| *Parcel/Tracking ID:* | *Parcel/Tracking ID:* | *Parcel/Tracking ID:* |
| *#7012 3460 0002 1171 2382* | *#7012 3460 0002 1171 2399* | *#7012 3460 0002 1171 2405* |

4.

On July 7, 2020, a Certificate of Mailing certifying that true copies of the Summons and Notice Requiring Rule 26(f) Report, Rule 26(f) Report Format and Complaint were served upon all Defendants and all other interested parties was filed with this Court via ECF electronic filing.

5.

Return receipts and USPS Tracking indicates that service was perfected upon the Defendants at the addresses listed in Paragraph #3 above, as follows:

| | |
|---|---|
| PNC Bank | July 10, 2020 |
| Merchant Advance, LLC | July 10, 2020, |
| Edward F. Guida, Jr., | July 13, 2020 |

Copies of printouts from USPS Tracking, reflecting the date of service by the US Postal Service, are attached as collective Exhibit "A" and incorporated herein by reference.

6.

The Defendants have failed to answer, move or otherwise respond to Plaintiff's Complaint within the time specified by this Court pursuant to B.R.7012(a).

7.

The Defendants are neither an infant nor an incompetent person.

8.

The Defendants are not currently on active Military Duty.

Dated this August 11, 2020.

*/s/ R. Michael Souther*
R. MICHAEL SOUTHER
Affiant/Attorney for Plaintiff

Sworn to and subscribed before me,
this the 11th day of August, 2020.

*/s/ Shannon L. Minnick*
NOTARY PUBLIC, State of Georgia

# EXHIBIT "A"

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO...

# USPS Tracking®

FAQs >

Track Another Package +

*PNC Bank*

**Tracking Number:** 70123460000211712382

Remove ✕

Your item has been delivered and is available at a PO Box at 8:23 am on July 10, 2020 in CLEVELAND, OH 44135.

## ⊘ Delivered

July 10, 2020 at 8:23 am
Delivered, PO Box
CLEVELAND, OH 44135

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

7/30/2020

USPS.com® - USPS Tracking® Results

Case:20-02009-MJK    Doc#:7    Filed:08/11/20    Entered:08/11/20 13:16:37    Page:6 of 8

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO...

## USPS Tracking®

FAQs >

Track Another Package +

*Guida*

**Tracking Number:** 70123460000211712405

Remove ✕

Your item was delivered to an individual at the address at 12:56 pm on July 13, 2020 in CORONA, NY 11368.

*7/13/20*

✓ **Delivered**

July 13, 2020 at 12:56 pm
Delivered, Left with Individual
CORONA, NY 11368

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO...

# USPS Tracking®

FAQs >

Track Another Package +

*Merchant Advance* [handwritten annotation]

**Tracking Number:** 70123460000211712399                                    Remove ✕

Your item was delivered to an individual at the address at 10:56 am on July 10, 2020 in CHEYENNE, WY 82001.

## ✓ Delivered

July 10, 2020 at 10:56 am
Delivered, Left with Individual
CHEYENNE, WY 82001

Get Updates ∨

---

**Text & Email Updates**                                                             ∨

---

**Tracking History**                                                                 ∨

---

**Product Information**                                                              ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

| | | |
|---|---|---|
| **In the matter of:** | ) | |
| **TORRILLO'S STUCCO, LLC,** | ) | **CHAPTER 7** |
| | ) | **CASE NO. 20-20219-MJK** |
| Debtor(s), | ) | |
| | ) | |
| **R. MICHAEL SOUTHER, TRUSTEE,** | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| **PNC BANK, MERCHANT ADVANCE,** | ) | **ADVERSARY PROCEEDING** |
| **LLC and EDWARD F. GUIDA, JR.,** | ) | **NO. 20-02009-MJK** |
| **Marshall, City of New York,** | | |
| Defendant(s). | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the following a copy of the **Application for Entry of Clerk's Default and Affidavit of R. Michael Souther in Support of Application for Entry of Clerk's Default** by placing the same in the United States Mail with sufficient postage affixed thereto to assure delivery:

Torrillo's Stucco, LLC
Attn: Managing Agent
1928 5th Street
Brunswick, GA  31520

Merchant Advance, LLC
Attn: Managing Agent
1621 Central Ave.
Cheyenne, WY 82001
*(via Regular Mail and Certified Mail*
*No.: 7012 3460 0002 1171 2436*

PNC Bank, NA
Attn: Managing Agent
4100 W 150th Street
Cleveland, OH 44135
*(via Regular Mail and Certified Mail*
*No.: 7012 3460 0002 1171 2412)*

Edward F. Guida, Jr.
Marshall, City of NY
47-26 104th Street
Corona, NY 11368
*(via Regular Mail and Certified Mail*
*No.: 7012 3460 0002 1171 2429)*

The following parties will receive electronic service in this case through the electronic filing system of this Court:

Matthew Mills, Esq.
Assistant U. S. Trustee
Johnson Square Business Center
2 East Bryan Street, Suite 725
Savannah, GA  31401
Ustpregion21.sv.ecf@usdoj.gov

R. Flay Cabiness, Esq.
2225 Gloucester St.
Brunswick, GA 31520
rflaycabiness@bellsouth.net

Dated this August 11, 2020.

/s/ *R. Michael Souther* *
R. Michael Souther
Attorney for Plaintiff

P.O. Box 978
Brunswick, GA  31521-0978
Telephone:  (912) 265-5544
State Bar No. 668325
msouther@mikesoutherlaw.com