# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | | |
|---|---|---|
| **In the matter of:** | ) | |
| **TORRILLO'S STUCCO, LLC,** | ) | **CHAPTER 7** |
| | ) | **CASE NO. 20-20219-MJK** |
| **Debtor(s),** | ) | |
| | ) | |
| **R. MICHAEL SOUTHER, TRUSTEE,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | |
| **PNC BANK, MERCHANT ADVANCE, LLC and EDWARD F. GUIDA, JR., Marshall, City of New York,** | ) ) | **ADVERSARY PROCEEDING NO. 20-02009-MJK** |
| **Defendants.** | ) | |

## MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANTS PNC BANK, MERCHANT ADVANCE, LLC, AND EDWARD F. GUIDA, JR.

COMES NOW, R. Michael Souther, Trustee, Plaintiff in the above-styled adversary proceeding, and moves this Court for entry of default judgments against Defendants PNC Bank, Merchant Advance, LLC, and Edward F. Guida, Jr., in his capacity as Marshall for the City of New York, pursuant to Rule 55 of the Federal Rules of Civil Procedure, as incorporated by Rule 7055 of the Federal Rules of Bankruptcy Procedure. In support of this Motion, the Plaintiff shows the Court the following:

## BACKGROUND

1. On May 12, 2020 (the "Petition Date"), Torrillo's Stucco, LLC (the "Debtor") filed the above-referenced petition for relief under Chapter 7 of the Bankruptcy Code.

2. Plaintiff is the duly qualified and acting Trustee in this bankruptcy case.

3. The bankruptcy Schedules revealed that as of the Petition Date, Debtor had approximately $10,309.00 on deposit in a business checking account with Defendant PNC Bank, being Acct. No. xxxxxx1679 (the "Subject Account").

4. On or about June 16, 2020, Plaintiff made a demand upon Defendant PNC Bank for the turnover of all sums on deposit in the Subject Account.

5. In response to said turnover demand, a representative of Defendant PNC Bank advised Plaintiff that prior demands had been made to place a hold on the Subject Account and for turnover of the funds on deposit in the Subject Account, by or on behalf of Defendants Merchant Advance, LLC, and Edward F. Guida, Jr., as Marshall for the City of New York, respectively; thus, PNC Bank was not in a position to comply with Plaintiff's turnover demand without a court order.

## THE ADVERSARY PROCEEDING

6. On or about July 6, 2020, Plaintiff filed the above-referenced adversary proceeding seeking (a) turnover of the funds on deposit in the Subject Account, and (b) a determination as to the validity, extend or priority of liens of the Defendants Merchant Advance, LLC and Edward F. Guida, Jr., in and to the funds on deposit in the Subject Account.

7. A Summons in the Adversary Proceeding was issued by this Court on July 7, 2020, requiring that a motion or answer to Plaintiff's Complaint be filed by Defendants within thirty (30) days after the date of issuance of said Summons.

8. A copy of the Summons, Notice, Rule 26(f) Report and Complaint was mailed by Plaintiff to the Defendants by certified mail on July 7, 2020, addressed as follows:

PNC Bank, NA
Attn: Managing Agent
4100 W 150th Street
Cleveland, OH 44135
*Parcel/Tracking ID:*
*#7012 3460 0002 1171 2382*

Merchant Advance, LLC
Attn: Managing Agent
1621 Central Ave.
Cheyenne, WY 82001
*Parcel/Tracking ID:*
*#7012 3460 0002 1171 2399*

Edward F. Guida, Jr.
Marshall, City of NY
47-26 104th Street
Corona, NY 11368
*Parcel/Tracking ID:*
*#7012 3460 0002 1171 2405*

9. Return receipts and USPS Tracking indicates that service was perfected upon the Defendants at the addresses listed in Paragraph #3 above, as follows:

| | |
|---|---|
| PNC Bank | July 10, 2020 |
| Merchant Advance, LLC | July 10, 2020 |
| Edward F. Guida, Jr., | July 13, 2020 |

10. The Defendants failed to answer, move or otherwise respond to Plaintiff's Complaint within the time allowed by law.

11. On August 11, 2020, Plaintiff filed an Application for Clerk's Entry of Default [Docket No. 7] seeking an entry of default as to each of the Defendants.

12. On August 12, 2020, the Clerk of the Bankruptcy Court issued an Entry of Default against each of the Defendants [Docket No. 8].

## ARGUMENT AND CITATION OF AUTHORITY

Rule 55(b)(2) of the Federal Rules of Civil Procedure authorize the Court to enter a default judgment on application by a party when the defendant has failed to plead or defend the action. In evaluating a motion for entry of default judgment, all well-pled allegations of the Complaint are deemed to be admitted. Eagle Hospital Physicians v. SRG Consulting, 561 F.3d 1298, 1307 (11th Cir. 2009); Buchanan v. Bowman, 820 F.3d 359, 361 (11th Cir. 1987). However "[a] party's default does not by itself warrant the entry of a default judgment unless there is 'a sufficient basis in the pleadings for the judgment entered.'" Khufu El v. Platinum Home Mortgage Servs., Inc., 490 F.Appx 306, 307 (11th Cir. 2012) (quoting Nishimatsu Constr. Co. v. Hous. Nat'l Bank, 515 F.2d 1200, 1206 (5th Cir. 1975)).

Moreover, Rule 8(b)(6) of the Federal Rules of Civil Procedure made applicable to this proceeding by Federal Rules of Bankruptcy Procedure 7008(b)(6) provides that any allegation in a complaint - other than damages - that are not denied, are deemed admitted. Therefore, the Defendants admit the truth of any factual allegations in Plaintiff's Complaint by failing to deny the allegations in responsive pleadings.

Based upon the foregoing, the uncontroverted facts in this case are as follows:

1. On the Petition Date, the Debtor had funds on deposit in a business account with Defendant PNC Bank, being Acct. No. xxxxxx1679.

2. The funds held in the aforesaid Acct. No. xxxxxx1679 are property of the bankruptcy estate under 11 U.S.C. §541, are of substantial value, and may be used by the Trustee for the benefit of the bankruptcy estate.

3. The funds held in the aforesaid Acct. No. xxxxxx1679 with Defendant PNC Bank are subject to turnover to the Plaintiff, as Trustee, pursuant to 11 U.S.C. §542.

4. The rights of the Plaintiff, as a hypothetical judgment lien creditor, in and to the funds on deposit in Acct. No. xxxxxx1679 at PNC Bank are superior to any rights or claims of the Defendants Merchant Advance, LLC and/or Edward F. Guida, Jr., in his capacity as Marshall for the City of New York, thereto.

WHEREFORE, Plaintiff prays that this Court:

A. Enter an order and judgment against Defendant PNC Bank directing it to turnover to Plaintiff all funds held in Acct. No. xxxxxx1679 in the name of Patrick Torrillo dba Torrillos Stucco, LLC, within fourteen (14) days from the date of the entry of record of such order.

B. Enter an order and judgment against Defendants Merchant Advance, LLC, and Edward F. Guida, Jr., as Marshall of New York City, determining that the rights and interests of Plaintiff in and to the funds on deposit at PNC Bank in Acct. No. xxxxxx1679 in the name of Patrick Torrillo dba Torrillos Stucco, LLC, are superior to any rights, claims or interests of said Defendants thereto.

C. Grant such other and further relief as the Court may deem just and proper.

Respectfully submitted this August 20, 2020.

/s/ R. Michael Souther
R. Michael Souther
Attorney for Plaintiff

P.O. Box 978
Brunswick, GA 31521-0978
Telephone: (912) 265-5544
Georgia State Bar No. 668325
msouther@mikesoutherlaw.com

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | | |
|---|---|---|
| **In the matter of:** | ) | |
| **TORRILLO'S STUCCO, LLC,** | ) | **CHAPTER 7** |
| | ) | **CASE NO. 20-20219-MJK** |
| **Debtor(s),** | ) | |
| | ) | |
| **R. MICHAEL SOUTHER, TRUSTEE,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | |
| **PNC BANK, MERCHANT ADVANCE, LLC and EDWARD F. GUIDA, JR., Marshall, City of New York,** | ) | **ADVERSARY PROCEEDING NO. 20-02009-MJK** |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the following a copy of the **Motion for Default Judgment** and **proposed Order thereon** by placing the same in the United States Mail with sufficient postage affixed thereto to assure delivery:

Torrillo's Stucco, LLC
Attn: Managing Agent
1928 5th Street
Brunswick, GA 31520

Merchant Advance, LLC
Attn: Managing Agent
1621 Central Ave.
Cheyenne, WY 82001

PNC Bank, NA
Attn: Managing Agent
4100 W 150th Street
Cleveland, OH 44135
*(via Regular Mail and Certified Mail No.: 7012 3460 0002 1171 2443)*

Edward F. Guida, Jr.
Marshall, City of NY
47-26 104th Street
Corona, NY 11368

The following parties will receive electronic service in this case through the electronic filing system of this Court:

Matthew Mills, Esq.
Assistant U. S. Trustee
Johnson Square Business Center
2 East Bryan Street, Suite 725
Savannah, GA 31401
Ustpregion21.sv.ecf@usdoj.gov

Dated this August 20, 2020.

*/s/ R. Michael Souther* *
R. Michael Souther
Attorney for Plaintiff

P.O. Box 978
Brunswick, GA 31521-0978
(912) 265-5544
State Bar No. 668325