# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | | |
|---|---|---|
| In the matter of: | ) | |
| TORRILLO'S STUCCO, LLC, | ) | CHAPTER 7 |
| | ) | CASE NO. 20-20219-MJK |
| Debtor(s), | ) | |
| R. MICHAEL SOUTHER, TRUSTEE, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| PNC BANK, MERCHANT ADVANCE, LLC | ) | ADVERSARY PROCEEDING |
| and EDWARD F. GUIDA, JR., Marshall, City of New York, | ) | NO. 20-02009-MJK |
| Defendants. | ) | |

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

This matter having come before this Court to consider Plaintiff's Motion for Default Judgment against all of the named Defendants, and it appearing to this Court that good cause exists to grant said Motion,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED:**

1. That judgment is hereby entered against Defendant PNC Bank directing PNC Bank to turnover to Plaintiff all funds held in Acct. No. xxxxxx1679 in the name of Patrick Torrillo dba Torrillos Stucco, LLC, within fourteen (14) days from the date of entry of this Order.

<u>Souther v. PNC Bank, et al.</u>
Adv. Proc. No.: 20-02009-MJK
Page 2

2. That as to Defendants Merchant Advance, LLC, and Edward F. Guida, Jr., as Marshall for the City of New York, it is ordered that the rights and interests of Plaintiff in and to the funds on deposit at PNC Bank in Acct. No. xxxxxx1679 in the name of Patrick Torrillo dba Torrillos Stucco, LLC, are superior to any rights, claims or interests of said Defendants thereto.

[END OF DOCUMENT]

Prepared by:

/s/ R. Michael Souther
R. Michael Souther
Attorney for Plaintiff
P.O. Box 978
Brunswick, GA   31521-0978
(912) 265-5544
State Bar No.  668325
msouther@mikesoutherlaw.com