IN THE UNITED STATES BANKRUPTCY COURT

FOR THE

SOUTHERN DISTRICT OF GEORGIA

BRUNSWICK DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | No. 20-20219 |
| TORRILLO'S STUCCO, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| R. MICHAEL SOUTHER, TRUSTEE, | ) | ADVERSARY |
| | ) | PROCEEDING |
| Plaintiff, | ) | No. 20-02009 |
| | ) | |
| v. | ) | |
| | ) | |
| PNC BANK, MERCHANT ADVANCE, | ) | |
| LLC, and EDWARD F GUIDA, JR., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT BY DEFAULT

Default was entered against Defendants, PNC Bank, Merchant Advance, LLC, and Edward F. Guida, Jr., on August 12, 2020. (A.P. ECF No. 8.) Therefore, on motion of Plaintiff, judgment is entered against Defendants and in favor of Plaintiff as follows:

**IT IS ORDERED** that judgment is entered in favor of Plaintiff, R. Michael Souther, Trustee, and against Defendants PNC Bank, Merchant Advance, LLC, and Edward F. Guida, Jr.; and

**FURTHER ORDERED** that Defendant PNC Bank shall turn over to Plaintiff all funds held in Acct. No. xxxxxx1679 in the name of Patrick Torrillo dba Torrillo's Stucco, LLC, on or before September 16, 2020; and

**FURTHER ORDERED** that the interests of Plaintiff in the funds held in Debtor's Acct. No. xxxxxx1679 at PNC Bank are superior to any interests of Defendants Merchant Advance, LLC and Edward F. Guida, Jr. in said funds.

Michele J. Kim
United States Bankruptcy Court
Southern District of Georgia

Dated at Brunswick, Georgia,
this 2nd day of September, 2020.

